UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED IN OPEN COURT
3/15/05 KJK

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
)
) CASE NO. CR05-12
vs. )
)
Tracy Lamon Fisher )
)
)
       Defendant. )

FILED
2005 MAR 15 PM 3:28
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on March 15, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until April 14, 2005. The time between the date of this order and April 14, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                  Honorable Mary Pat Thynge
                                                  U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney