IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : Criminal No. 05-12 GMS | |
| | : | |
| TRACY LAMAR FISHER | : | |

## ORDER TO EXCLUDE TIME

The defendant, Tracy Lamar Fisher, was arraigned on March 15, 2005.  At the time of his

arraignment the defendant, through counsel, requested and received an extension until April 14,

2005, to file pretrial motions. The defendant filed a motion to suppress evidence and statements on

April 14, 2005.  A scheduling conference will be held in chambers on Thursday, June 9, 2005, at

11:00 a.m. before Judge Gregory M. Sleet.  The court concludes that the ends of justice are served by

a postponement of this case and that those interests outweigh the best interests of the public and the

defendant in a speedy trial.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between April 14, 2005, and June 9, 2005, shall be excluded pursuant to the

Speedy Trial Act, 18 U.S.C. § 3161, et seq.


May 9, 2005                                        /s/ Gregory M. Sleet
                                                   UNITED STATES DISTRICT JUDGE