IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 05-12 GMS |
| | ) |
| TRACY LAMAR FISHER | ) |
| | ) |
| Defendant. | ) |

FILED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## SCHEDULING ORDER

The above-named defendant having entered a plea of not guilty to the charge pending against him in this Court, it therefore being necessary to bring the case promptly to trial, after having met with counsel, IT IS HEREBY ORDERED that:

1. The court will hold a hearing on any pretrial motions that may be filed or that have been filed in this case. This hearing is scheduled for **Tuesday, July 19, 2005, at 2:15 p.m.** It will take place in Courtroom No. 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. No later than **two weeks after the hearing**, the government will file proposed findings of fact and conclusions of law. No later than **two weeks after the government's submissions**, the defendant will file its responsive findings of fact and conclusions of law, if necessary. No extensions to this schedule will be given.

2. The court will hold a pre-trial conference in chambers on **Monday, October 3, 2005, at 11:00 a.m.** No later than **one week prior to this conference**, counsel for the government will submit a joint set of jury instructions, with supporting authorities and objections, along with any proposed special voir dire of the jury panel. This submission will be accompanied by a computer diskette which contains a copy of these instructions and proposed special voir dire. Any motions in

limine will be submitted in a manner so that briefing on them is completed on the day that the joint set of jury instructions and the proposed voir dire is due.

3.  Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea (except to all counts of the indictment or information) will be noticed on or before the date of the pre-trial conference. The guilty plea will be entered on or before the day trial is set to commence.

4.  A two-day, jury trial is scheduled to commence on **Tuesday, October 11, 2005, at 9:00 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel will arrive at chambers at **8:30 a.m.**

Date: June 13, 2005

_____
UNITED STATES DISTRICT JUDGE