

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

September 26, 2005

**Via ECF**
The Honorable Gregory M. Sleet
United States District Judge
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

    Re:    **United States v. Tracy Lamar Fisher**
            **Criminal Action No. 05-12-GMS**

            **United States v. Rashee Lamont Hunter**
            **Criminal Action No. 05-13-GMS**

Dear Judge Sleet:

      Sentencing is scheduled in the above-related cases on October 17 (Mr. Fisher) and October 20 (Mr. Hunter). The government intends to present a fact witness to meet its burden at sentencing. The same witness and the same testimony would be presented at both sentencing hearings. The government respectfully suggests that a consolidated hearing for the presentation of the government's witness would promote judicial economy. Counsel for Mr. Fisher objects. Counsel for Mr. Hunter does not object, but is not available on October 17. The government is available at the Court's convenience to discuss the matter further.

                                            Respectfully submitted,

                                            COLM F. CONNOLLY
                                            United States Attorney

                          BY: _____
                                            Adam Safwat
                                            Assistant United States Attorney

cc:  Mark Greenberg, Esq.
      Penny Marshall, Esq.
      Sr. U.S.P.O. Walter Matthews
      The Clerk of the Court