IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-cr-12 and |
| | Criminal No. 05-cr-13 GMS |
| | : |
| TRACY FISHER and | |
| RASHEE HUNTER | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a telephone conference regarding the above-named defendants is scheduled for **Friday, October 14, 2005, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge.  **Counsel for the government is directed to arrange and initiate the telephone conference.**

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 6, 2005