## UNITED STATES DISTRICT COURT
## FOR THE District of Delaware
## U. S. District Court – District of Delaware

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                 Case No.: 1:05–cr–00012–GMS
                                                     Honorable Gregory M. Sleet

Tracy Lamar Fisher

        Defendant.

TYPE OF CASE:                 Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF TELEPHONE CONFERENCE as to Tracy Lamar Fisher: Telephone Conference set for 10/12/2005 at 09:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

October 11, 2005

                                                                        Peter T. Dalleo, Clerk
                                               McDavid, Marie mmm, Deputy Clerk