# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010    FAX (302) 573-6041

Penny Marshall
Federal Public Defender

Christopher S. Koyste
Assistant Federal Public Defender

Eleni Kousoulis
Assistant Federal Public Defender

Jonathan Pignoli
Research and Writing Specialist

October 28, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

      Re:    **United States v. Tracy Fisher**
              <u>**Criminal Action No. 05-12-GMS**</u>

Dear Judge Sleet:

The parties have agreed, with the Court's permission, upon the following briefing schedule:

November 15, 2005 - Defense Opening Brief
November 29, 2005 - Government's Reply Brief
December 6, 2005 - Any reply by the Defense.

                                     Respectfully submitted,

                                     /s/
                                   Penny Marshall
                                   Federal Public Defender

cc:    Adam Safwat, AUSA
        Clerk, U.S. District Court

PM/rsb