# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

Penny Marshall
Federal Public Defender

Christopher S. Koyste
Assistant Federal Public Defender

Eleni Kousoulis
Assistant Federal Public Defender

Jonathan Pignoli
Research and Writing Specialist

November 15, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

      Re:    **United States v. Tracy Fisher**
             **Criminal Action No. 05-12-GMS**

Dear Judge Sleet:

    Due to an expedited Third Circuit Brief and a Petition for Writ of Certiorari with the United States Supreme Court, I am requesting additional time in the previously agreed upon briefing schedule. Adam Safwat, Counsel for the Government does not object to the change. The amended schedule is as follows:

    November 18, 2005 - Defense Opening Brief
    December 2, 2005 - Government's Reply Brief
    December 9, 2005 - Any reply by the Defense.

                                                      Respectfully submitted,

                                                      /s/
                                                      Penny Marshall
                                                      Federal Public Defender

cc:    Adam Safwat, AUSA
        Clerk, U.S. District Court

PM/rsb