# FEDERAL PUBLIC DEFENDER

District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

Penny Marshall
Federal Public Defender

Christopher S. Koyste
Assistant Federal Public Defender

Eleni Kousoulis
Assistant Federal Public Defender

Jonathan Pignoli
Research and Writing Specialist

November 21, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

    Re:    **United States v. Tracy Fisher**
              **Criminal Action No. 05-12-GMS**

Dear Judge Sleet:

    The defendant hereby requests that he be permitted file his Sentencing Memorandum one business day out of time with the appropriate accommodation to the government.

                        Respectfully submitted,

                        /s/
                        Penny Marshall
                        Federal Public Defender

cc:    Adam Safwat, AUSA
       Clerk, U.S. District Court