# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

Penny Marshall
Federal Public Defender

Christopher S. Koyste
Assistant Federal Public Defender

Eleni Kousoulis
Assistant Federal Public Defender

Jonathan Pignoli
Research and Writing Specialist

December 22, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

      Re:    **United States v. Tracy Fisher**
            **Criminal Action No. 05-12-GMS**

Dear Judge Sleet:

      In the above-captioned matter, the defense anticipates filing a reply to the Government's Sentencing Memorandum In Support of Sentencing Enhancements.

      Counsel needs to see certain evidence in the case prior to the filing. The government will accommodate that request, but because of the schedules of various relevant custodians, it has taken longer than expected.

      The government, per Richard Andrews, has no objections to a continuance. The defense therefore requests a continuance until January 5, 2006 to file its reply.[1]

      Respectfully submitted,

      /S/
      Penny Marshall
      Federal Public Defender

cc: Adam Safwat, AUSA

---

[1] Counsel for the defendant is on vacation from December 27th through December 30th.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Criminal Action No. 05-12-GMS |
| | : |
| | : |
| TRACY FISHER, | : |
| | : |
| Defendant. | : |

## **ORDER**

Upon consideration of Defendant's December 22, 2005 request for a continuance to file a reply to Government's Sentencing Memorandum In Support of Sentencing Enhancements,

IT IS HEREBY ORDERED this ____ day of December, 2005, that a continuance is granted and the Defendant shall file its reply on or before January 5, 2006.

_____
Honorable Gregory M. Sleet
United States District Court

cc:   Penny Marshall, FPD
      Adam Safwat, AUSA