IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-12-GMS |
| TRACY FISHER, | : | |
| Defendant. | : | |

### ORDER

Upon consideration of Defendant's December 22, 2005 request for a continuance to file a reply to Government's Sentencing Memorandum In Support of Sentencing Enhancements,

IT IS HEREBY ORDERED this __22nd__ day of December, 2005, that a continuance is granted and the Defendant shall file its reply on or before January 5, 2006.

```
                                    _____
                                    Honorable Gregory M. Sleet
                                    United States District Court
```

cc:   Penny Marshall, FPD
      Adam Safwat, AUSA