IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-12-GMS |
| | : | |
| TRACY FISHER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Tracy Fisher, defendant in the above-captioned case, through his attorney, Penny Marshall, Federal Public Defender, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Gregory M. Sleet, in this action on the 3rd day of March, 2006, in the United States District Court, Wilmington, Delaware.

   /s/ Penny Marshall  
PENNY MARSHALL, ESQUIRE  
Federal Public Defender  
704 King Street, Suite 110  
Wilmington, DE 19801  
302-573-6010  
Email: ecf_pm@msn.com  
Attorney for Defendant Tracy Fisher

DATED: March 7, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Defendant's Notice of Appeal is available for public viewing and downloading and was electronically delivered on March 7, 2006, to:

Adam Safwat, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801

 /s/ Penny Marshall
PENNY MARSHALL, ESQUIRE
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
302-573-6010
Email: ecf_pm@msn.com
Attorney for Defendant Tracy Fisher

DATED: March 7, 2006