AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

TRACY LAMAR FISHER

**WARRANT FOR ARREST**

Case Number:   CR 05-12-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __TRACY LAMAR FISHER__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her    (brief description of offense)

FELON IN POSSESSION OF A FIREARM

in violation of    __18__   United States Code, Section(s)    __922(g)(1) and 924(a)(2)__

Peter T. Dalleo
Name of Issuing Officer

By: _[signature]_; Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

February 22, 2005 in Wilmington, DE
Date and Location

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant   Tracy Lamar Fisher

| DATE RECEIVED 2/22/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/24/06 | Toby M. Conrad DUSM | T.M.C. |