IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-12-GMS |
| | ) | |
| TRACY LAMAR FISHER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Adam G. Safwat as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Leonard P. Stark.

                                                                                              /s/ Leonard P. Stark
                                                                          Leonard P. Stark
                                                                          United States Attorney
                                                                          Nemours Building, #700
                                                                          P.O. Box 2046
                                                                          Wilmington, Delaware  19899-2046
                                                                          leonard.stark@usdoj.gov

Dated: June 2, 2006

## CERTIFICATE OF SERVICE

I, Theresa A. Jordan, an employee with the United States Attorney's Office, hereby certify that on June 2, 2006, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Penny Marshall
Federal Public Defender
704 King Street
First Federal Plaza, Suite 110
Wilmington, DE  19801

*/s/ Theresa A. Jordan*